IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-157-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TYRIQ DALY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release. (DE 49). Based upon the motion, the government's response and the probation officer's representations, as well as the record in this case, defendant has demonstrated good cause for early termination of supervised release. Considering the totality of facts and circumstances bearing upon defendant's term of supervision, the court finds defendant no longer is in need of supervision.

Therefore, the court GRANTS defendant's motion. It is ORDERED that defendant be discharged from supervision and that the proceedings in this case be terminated.

SO ORDERED, this the 2nd day of September, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge